# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| LORRIE LEA WILSMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 10-cv-1380 |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

## O R D E R  &  O P I N I O N

On November 18, 2010, Plaintiff filed her *pro se* Complaint against the Commissioner of Social Security (Doc. 1), as well as a Motion to Proceed in forma pauperis (Doc. 2). The Court granted Plaintiff leave to proceed in forma pauperis (Doc. 3), and Summons were served in accordance with Federal Rule of Civil Procedure 4(i). (Docs. 4, 5, 6, & 7). On March 28, 2011, Defendant filed its Answer to Plaintiff's Complaint and a Transcript of her Social Security proceedings in accordance with Local Rule 8.1(C). (Docs. 8 & 9). On that same day, Plaintiff was sent a copy of Local Rule 8.1(D), which required her to file a Motion for Summary Judgment within 30 days, or by April 27, 2011. (Doc. 10). On May 13, 2011, the Court noted that Plaintiff had not yet filed her Motion for Summary Judgment, and directed her to do so by May 27, 2011, or risk the dismissal of her Complaint for failure to prosecute. (Text Order of 5/13/2011). Plaintiff has failed to comply with this Order.

Federal Rule of Civil Procedure 41(b) provides that if a plaintiff fails to prosecute her case or comply with a court order, a defendant may move to dismiss the action against it, and that such dismissal will operate as an adjudication on the merits. The Supreme Court has held that the Court may also enter such a dismissal *sua sponte*, pursuant to its inherent authority "to manage [its] own affairs so as to achieve the orderly and expeditious disposition of cases." *Link v. Wabash Railroad Co.*, 370 U.S. 626, 630-31 (1962). Accordingly, because Plaintiff has failed to prosecute her case in accordance with Local Rule 8.1(D) and the Court's order of 5/13/2011, her Complaint is hereby DISMISSED WITH PREJUDICE. IT IS SO ORDERED


CASE TERMINATED.


Entered this 2nd day of June, 2011.

                                          s/ Joe B. McDade
                                        JOE BILLY McDADE
                                    United States Senior District Judge